1  JEFFREY D. OLSTER
   Nevada Bar No. 008864
2  olster@lbbslaw.com
   PAUL SHPIRT
3  Nevada Bar No. 010441
   shpirt@lbbslaw.com
4
              **LEWIS BRISBOIS BISGAARD**
5                    **& SMITH** LLP
              6385South Rainbow Boulevard, Suite 600
6                  Las Vegas, Nevada 89118
                      Tel: 702-893-3383
7                     Fax: 702-893-3789

8  Attorneys for Defendants
   *Allied Insurance Company and Nationwide Insurance Company of America*
9

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13 | JANETTE COLOMBO, individually,        | Case No. 2:10-cv-00434-KJD-PAL
   |                                       |
14 |                          Plaintiff,   | **STIPULATION AND ORDER FOR**
   |                                       | **DISMISSAL WITH PREJUDICE**
15 | v.
   |
16 | ALLIED INSURANCE COMPANY;
   | NATIONWIDE INSURANCE COMPANY OF
17 | AMERICA; DOES 1 through 5; and ROE
   | CORPORATIONS 1 through 5,
18 |
   |                          Defendants.
19

20        IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Janette

21 Colombo, by and through her attorneys of record, Aaron & Paternoster, and defendants Allied

22 Insurance Company and Nationwide Insurance Company of America, by and through their

23 attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, that this action be

24 . . .

25 . . .

26 . . .

27 . . .

28

4829-7348-8135.1                        -1-

dismissed with prejudice as to all parties, with each party to bear her/its own costs and attorneys' fees.

DATED this 20th day of ~~September~~ October, 2010.    DATED this ____ day of September, 2010.

AARON & PATERNOSTER                    LEWIS BRISBOIS BISGAARD & SMITH LLP

_____      _____
Glenn A. Paternoster                   Jeffrey D. Olster
Dustin Birch                           6385 South Rainbow Boulevard, Suite 600
2300 West Sahara Avenue, Suite 650     Las Vegas, Nevada 89118
Las Vegas, Nevada 89102                Attorneys for Defendants
*Attorneys for Plaintiff*              *Allied Insurance Company and Nationwide Insurance Company of America*

### ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, with each party to bear her/its own attorneys' fees and costs.

DATED this 25 day of October, 2010.

_____
U.S. DISTRICT COURT JUDGE



4829-7348-8135.1

-2-